**FILED**
July 2, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | CASE NUMBER: 2:13-cr-00228-JAM |
| Plaintiff,    ) | |
| v.    ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| RUTH WILLIS,    ) | |
| ) | |
| Defendant.    ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ruth Willis</u>; Case <u>2:13-cr-00228-JAM</u> from custody and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$25,000.00</u>; co-signed by defendant's daughter, Michun Johnson

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at   <u>Sacramento, CA</u>   on   <u>7/2/2013</u>   at   2:35 pm.

By _____
Kendall J. Newman
United States Magistrate Judge