CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: c.fry@att.net

Attorney for RUTH WILLIS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-CR-00228-MCE |
| Plaintiff, | ) | **WAIVER OF PERSONAL APPEARANCE** |
| v. | ) | |
| RUTH WILLIS, | ) | |
| Defendant. | ) | |

The defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, every trial stage including impanelment of jury and verdict, and imposition of sentence.  The defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver, agrees that her interests will be deemed represented at all times by the presence of her attorney the same as if she were personally present, and further agrees to be present in court and ready for trial any day and hour the court may fix in her absence.

///

-1-

1    The defendant acknowledges that she has been informed of her rights under Title 18

2  U.s.C. Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays

3  under that act without her being present.

4

5  Dated:   July 11, 2013                                      */s/ Ruth Willis*
                                                               RUTH WILLIS, Defendant
6

7

8  I agree with and consent to my client's waiver of appearance.

9

10  Dated:   July 25, 2013                                     */s/ Candace A. Fry*
                                                               CANDACE A. FRY, Attorney for
11                                                             Defendant

12

13  IT IS SO ORDERED.

14  Date: August 02, 2013

15

16  _____

17  MORRISON C. ENGLAND, JR, CHIEF JUDGE
   UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28