CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for RUTH WILLIS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RUTH WILLIS,<br><br>          Defendants. | No. 2:13-CR-000228-MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

1. By previous order, this matter was set for status on December 5, 2013.

2. By this stipulation, the defendant now moves to continue the status conference until February 6, 2014, and to exclude time between December 5, 2013, and February 6, 2014, under Local Code T4.

3. The parties agree and stipulate and request that the Court find the following:

    a)  The Government has represented that discovery associated with this case includes approximately 6,700 pages of documents.  All of this discovery has  been produced directly to counsel for the defendant.

///

  b) Counsel for defendant desires additional time to consult with her client, to conduct investigation and research related to the charges, to request further discovery from the Government and to discuss potential resolutions with the Government and the client.   Counsel for defendant believes that failure to grant the above-requested continuance would deny the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c) The Government does not object to the continuance.

  d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., within which trial must commence, the time period of December 5, 2013, to February 6, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A), B(iv) (Local Code T4) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 3, 2013        /s/   Candace A. Fry
                      CANDACE A. FRY, Attorney for
                      RUTH WILLIS, Defendant

Dated:  December 3, 2013

BENJAMIN B. WAGNER,
United States Attorney

By   /s/  Candace A. Fry for
TODD A. PICKLES,  Assistant
United States Attorney

(Signed for AUSA Pickles with his prior authorization)

**O R D E R**

IT IS SO ORDERED.
Dated:  December 3, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT