BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>           v.<br><br>RUTH WILLIS,<br><br>                         Defendant. | CASE NO. 2:13-CR-00228 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>[18 U.S.C. § 3161] |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Ruth Willis, by and through her counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a status on April 24, 2014. By minute order, the matter was further continued to May 1, 2014.

2.     By this stipulation, defendant now moves to continue the status conference until June 12, 2014 and to exclude time between April 24, 2014 and June 12, 2014, under Local Code T4. The United States does not oppose this request.

3.     The parties agree and stipulate, and request that the Court find the following:

      a)     The government has represented that the discovery associated with this case includes investigative reports, loan records, and related documents in electronic form that constitute approximately 6,700 pages. All of this discovery has been either produced directly to counsel.

   b) Counsel for the defendant desires additional time to conduct her investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with her client, and to otherwise prepare for trial.

   c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The United States does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 24, 2014 through June 12, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

///
///
///
///
///
///
///
///

Dated:  April 17, 2014	BENJAMIN B. WAGNER
	United States Attorney

	*/s/ Todd A. Pickles*
	TODD A. PICKLES
	Assistant United States Attorney

Dated:  April 17, 2014

	*/s/ Todd A. Pickles for*
	CANDACE FRY, ESQ.

	Counsel for defendant Ruth Willis

### ORDER

IT IS SO FOUND AND SO ORDERED.

Dated:  April 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT