CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for RUTH WILLIS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RUTH WILLIS,<br><br>                Defendants. | No. 2:13-CR-000228-MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

1. By previous order, this matter was set for status on June 20, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until August 21, 2014, and to exclude time between June 20, 2014, and August 21, 2014, under Local Code T4.

3. The parties agree and stipulate and request that the Court find the following:

   a)  The Government has represented that discovery associated with this case consists of documents Bates numbered 0001 to 6719.  All of this discovery has been produced directly to counsel for the defendant.

///

1

b)  Counsel for defendant desires additional time to discuss potential
resolutions with the Government and the client and/or to prepare for trial.
Counsel for defendant  believes that failure to grant the above-requested
continuance would deny the reasonable time necessary for effective
preparation, taking into account the exercise of due diligence.

c) The Government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by
continuing the case as requested outweigh the interest of the public and
the defendant in a trial within the original date prescribed by the Speedy
Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
Section 3161, et seq., within which trial must commence, the time period of
June 20, 2014, to August 21, 2014, inclusive, is deemed excludable
pursuant to 18 U.S.C. Section 3161(h)(7)(A), B(iv) (Local Code T4)
because it results from a continuance granted by the Court at defendant's
request on the basis of the Court's finding that the ends of justice served
by taking such action outweigh the best interest of the public and the
defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

2

4.   Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are

excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  June 16, 2014                    /s/   Candace A. Fry
                                         CANDACE A. FRY, Attorney for
                                         RUTH WILLIS, Defendant



Dated:  June 16, 2014                    BENJAMIN B. WAGNER,
                                         United States Attorney


                                         By    /s/  Candace A. Fry for
                                         TODD A. PICKLES,  Assistant
                                         United States Attorney

                                         (Signed for AUSA Pickles with his
                                         prior authorization)


**ORDER**


          IT IS SO ORDERED.

Dated:  June 20, 2014



                                         _____
                                         MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT

3