CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for RUTH WILLIS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUTH WILLIS,<br><br>　　　　　Defendant. | No. 2:13-CR-00228-MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |

　　　　It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

　　　　1. By previous order, this matter was set for status on August 21, 2014.

　　　　2. By this stipulation, the defendant now moves to continue the status conference until September 25, 2014, and to exclude time between August 21, 2014, and September 25, 2014, under Local Code T4.

　　　　3. The parties agree and stipulate and request that the Court find the following:

　　　　　　a. The Government has represented that discovery associated with this case consists of material Bates numbered 001 through 6719.  All of this

1

discovery has been produced directly to counsel. Additional discovery has now been requested by the defendant.

b. Counsel for the defendant desires additional time to review and assess the additional discovery when received. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., within which trial must commence, the time period of August 21, 2014, to September 25, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A), B(iv) (Local Code T4) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

2

| | |
|---|---|
| Dated:  August 18, 2014 | /s/   Candace A. Fry <br> CANDACE A. FRY, Attorney for <br> RUTH WILLIS, Defendant |
| Dated:  August 18, 2014 | BENJAMIN B. WAGNER, <br> United States Attorney |
| | By   /s/  Candace A. Fry for <br> TODD A. PICKLES,  Assistant <br> United States Attorney |
| | (Signed for Mr. Pickles with his prior authorization) |

**O R D E R**

IT IS SO ORDERED.

Dated:  August 22, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

3